UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MCDONOUGH<br>on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, LLC<br><br>    Defendant. | Civil Action No. 2:10-cv-00442-DRD-MAS |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1 (c)(3), has been paid to the Clerk of the Court

        **COUGHLIN DUFFY LLP**
        *Attorneys for Defendant, Bayer Healthcare, LLC*

Dated: April 15, 2010    By:    /s/ *Lorna A. Dotro*
        Lorna A. Dotro
        COUGHLIN DUFFY LLP
        350 Mount Kemble Avenue
        Morristown, NJ 07962
        Telephone:  (973) 267-0058
        Facsimile:   (973) 267-6442

PRO HAC VICE ATTORNEY INFORMATION:
John K. Sherk, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
jsherk@shb.com