UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MCDONOUGH, LAURIE J. MURPHY and GELA DEMISEW, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | Civil Action No. 10-0442-WJM-MF<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs Brian McDonough, Laurie J. Murphy and Gela Demisew, and Defendant Bayer HealthCare LLC, through their respective counsel, that all claims asserted in the Second Amended Complaint are hereby dismissed with prejudice and without costs. To the extent that Plaintiffs' claims in this matter purport to be filed on behalf of a putative class, the claims of the putative class are hereby dismissed without prejudice.

5797011

Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN**
210 Summit Avenue
Montvale, New Jersey 07645
(201) 391-7000

By: s/ Gary S. Graifman

Michael S. Green
**GREEN & ASSOCIATES, LLC**
522 Route 18, P.O. Box 428
East Brunswick, New Jersey 08816
(732) 390-0480

By: s/ Michael S. Green

Paul Diamond
**DIAMOND LAW OFFICE, LLC**
1605 John Street, Suite 102
Fort Lee, New Jersey 07024
(201) 242-1110

By: s/ Paul Diamond

Jeffrey W. Herrmann
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 Plaza West-One
Saddle Brook, New Jersey 07663
(201) 845-9600

By: s/ Jeffrey W. Herrmann

*Attorneys for Plaintiffs*
*Brian McDonough, Laurie J. Murphy and Gela Demisew*

Lorna A. Dotro
**COUGHLIN DUFFY LLP**
360 Mount Kemble Avenue
Morristown, New Jersey 07962
(973) 631-6016

By: s/ Lorna A. Dotro

*Attorney for Defendant*
*Bayer HealthCare LLC*

**SO ORDERED**

Dated: _____

William J. Martini, U.S.D.J.

5797011